19481—Adam Howard et al. v. the Commercial Savings Bank Com. Motion for Crawford

Appeals to certify. Overruled. Dock. 12-11-25; 3 Abs. 762.